B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

IN RE: **Jeffrey E Ball**
       **Hyoun-Mie Ball**

CASE NO **09-32123-7**

CHAPTER **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate  Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| A Affordable Pool and Spa Services<br>P.O. Box 29146<br>Dallas, TX 75229 | 2701 Wheaton Dr Richardson, TX 75081 |

Property will be (check one):
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Arrowhead HOA, Inc.<br>860 SE CR 2230<br>Corsicana, TX 75109 | Lot No 109, Arrowhead Sub Phase II |

Property will be (check one):
- ☑ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **Jeffrey E Ball**          CASE NO    **09-32123-7**
        **Hyoun-Mie Ball**

                            CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

---

**Property No. 3**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| City of Garland<br>PO Box 461508<br>Garland, TX 75046-1508 | 2930 Holy Cross Lane, Garland, TX 75044 |

Property will be (check one):
     ☑ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
     ☐ Claimed as exempt      ☑ Not claimed as exempt

---

**Property No. 4**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Countrywide Home Loans Inc<br>Bankruptcy Payment Dept<br>PO Box 660694<br>Dallas, TX 75266-0694 | 2930 Holy Cross Lane, Garland, TX 75044 |

Property will be (check one):
     ☑ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
     ☐ Claimed as exempt      ☑ Not claimed as exempt

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Jeffrey E Ball**  CASE NO **09-32123-7**
**Hyoun-Mie Ball**

CHAPTER **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Countrywide Home Loans Inc<br>Bankruptcy Payment Dept<br>PO Box 660694<br>Dallas, TX 75266-0694 | **Describe Property Securing Debt:**<br>4201 Wheelwright Drive Garland, TX 75044 |

Property will be (check one):
☑ Surrendered  ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>Countrywide Home Loans Inc<br>Bankruptcy Payment Dept<br>PO Box 660694<br>Dallas, TX 75266-0694 | **Describe Property Securing Debt:**<br>2701 Wheaton Dr Allen, TX 75081 |

Property will be (check one):
☐ Surrendered  ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt  ☑ Not claimed as exempt

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **Jeffrey E Ball**
**Hyoun-Mie Ball**

CASE NO **09-32123-7**

CHAPTER **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>Countrywide Home Loans Inc<br>Bankruptcy Payment Dept<br>PO Box 5170<br>Simi Valley, CA 93062 | **Describe Property Securing Debt:**<br>3090 Winecup Rockwall, TX |

Property will be (check one):
☑ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☑ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | **Describe Property Securing Debt:**<br>Tax Lien |

Property will be (check one):
☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☑ Not claimed as exempt

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **Jeffrey E Ball
Hyoun-Mie Ball**

CASE NO **09-32123-7**

CHAPTER **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 4*

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>Jackson Leisure Financial Services LP<br>5630 Dyer Street<br>Dallas, TX 75206 | **Describe Property Securing Debt:**<br>Lot No 109, Arrowhead Sub Phase II |

Property will be (check one):
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [x] Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>Mildred ISD Tax Office<br>R.W. Thompson<br>5475 S HWY 287<br>Corsicana, TX 75109 | **Describe Property Securing Debt:**<br>Lot No 109, Arrowhead Sub Phase II |

Property will be (check one):
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [x] Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **Jeffrey E Ball**　　　　　　　　　　　　　　　　　　　CASE NO **09-32123-7**
　　　　**Hyoun-Mie Ball**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 5*

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>Navarro County Taxes<br>Russell P. Hudson<br>P.O. Box 1070<br>Corsicana, TX 75110 | **Describe Property Securing Debt:**<br>Lot No 109, Arrowhead Sub Phase II |

Property will be (check one):
　☑ Surrendered　　　☐ Retained

If retaining the property, I intend to (check at least one):
　☐ Redeem the property
　☐ Reaffirm the debt
　☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
　☐ Claimed as exempt　　　☑ Not claimed as exempt

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>Suntrust Bank<br>PO Box 85160<br>Richmond, VA 23285-5160 | **Describe Property Securing Debt:**<br>2002 Honda Odyssey |

Property will be (check one):
　☐ Surrendered　　　☑ Retained

If retaining the property, I intend to (check at least one):
　☐ Redeem the property
　☑ Reaffirm the debt
　☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
　☐ Claimed as exempt　　　☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

IN RE: **Jeffrey E Ball**
**Hyoun-Mie Ball**

CASE NO **09-32123-7**

CHAPTER **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 6*

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>VW Credit<br>1401 Franklin Blvd<br>Libertyville, IL 60048 | **Describe Property Securing Debt:**<br>2001 Volkswagon Beetle |

Property will be (check one):
☐ Surrendered   ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt   ☑ Not claimed as exempt

PART B -- Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>AAA Public Storage U-Haul<br>3204 E. 14th St.<br>Plano, TX 75074 | **Describe Leased Property:**<br>Storage Room | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>YES ☑   NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **05/19/2009**   Signature **/s/ Jeffrey E Ball**
*Jeffrey E Ball*

Date **05/19/2009**   Signature **/s/ Hyoun-Mie Ball**
*Hyoun-Mie Ball*