BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
(972) 341-0500

Attorney for BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-32123-HDH-7 |
| JEFFREY E. BALL and HYOUN-MIE BALL, Debtor | § § § § | CHAPTER 7 |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, Movant | § § § § § § § | HEARING DATE: _____ |
| v. | § | TIME: _____ |
| JEFFREY E. BALL and HYOUN-MIE BALL; and DIANE G. REED, Trustee Respondents | § § § § § | JUDGE HARLIN D. HALE |

PLEASE BE ADVISED THAT IT IS THE INTENTION OF MOVANT TO OFFER INTO EVIDENCE AT ANY HEARING ON THE MOTION THIS AFFIDAVIT AND PAYMENT HISTORY PURSUANT TO THE FEDERAL RULES OF EVIDENCE, RULE 902(11). THIS AFFIDAVIT AND PAYMENT HISTORY ARE BEING PROVIDED TO YOU IN ADVANCE AS AN ADVERSE PARTY IN ORDER TO ALLOW YOU A FAIR OPPORTUNITY TO CHALLENGE SAID RECORDS. YOU ARE HEREBY PLACED ON NOTICE OF THIS INTENTION AS REQUIRED BY THE FEDERAL RULES OF EVIDENCE, RULE 902(11).

### AFFIDAVIT OF ELIAS CORDOVA FOR
### BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

STATE OF TEXAS              §
                            §
COUNTY OF DALLAS            §

ELIAS CORDOVA being duly sworn deposes and says:

1. That affiant is the authorized representative of BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST and authorized to make this affidavit. I have the care, custody and control of all records concerning the account with Debtor(s). All facts recited herein are within my personal knowledge and are true and correct.

2. These records show that BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST is the Owner or Servicer of the Note executed on September 28, 2004 in the original principal amount of NINETY-NINE THOUSAND EIGHT HUNDRED FORTY DOLLARS AND ZERO CENTS ($99,840.00).

3. These records show that said Note is secured by a Deed of Trust. A true and correct copy of said Deed of Trust is attached to Movant's Motion for Relief from Stay. Said Deed of Trust represents a valid indebtedness. The property address is 3090 WINECUP LANE, ROCKWALL, TX 75032.

4. The Books and Records of BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST show that:

    a. The outstanding principal balance is $94,554.14.

    b. That interest accrues from 01/01/2009 at the rate of 6.50% per annum.

    c. The contractual due date of the account is 02/01/2009. The last payment received and applied to the account was on 03/10/2009.

    d. That the account is due contractually for:
    (Monthly) at (Payment Amt.)
    1. 02/01/2009 $921.83
    2. 03/01/2009 $921.83
    3. 04/01/2009 $921.83
    4. 05/01/2009 $921.83
    5. 06/01/2009 $921.83

    That an additional payment in the amount of $921.83 shall become due on 07/01/2009.

5.  A true and correct copy of an accounting of the payments made on this loan is attached hereto. This accounting is kept in the normal course and scope of the business activity of BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, and constitutes a business record of BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST.

_____
ELIAS CORDOVA

Subscribed and sworn to me the undersigned authority of this ____5____ day of June, 2009,

My Commission Expires: 3-21-2012

_____
Notary Public in and for the
State of Texas

Jessica Chavez
My Commission Expires
03/21/2012

**Bank of America**
**Home Loans**

Account Number:
Statement Period: 10/2004 - 05/2009
Date Prepared: 05/15/2009

Property Address:
3090 WINECUP LANE
ROCKWALL, TX 75032

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | 99,749.74 | | .00 | | | | .00 |
| 10/27/2004 | INITIAL TAX DEP | 3,037.42 | 11/2004 | .00<br>99,749.74 | .00 | 3,037.42<br>3,037.42 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 10/29/2004 | INVESTOR ADJ. | -90.26 | 11/2004 | -90.26<br>89,840.00 | .00 | .00<br>3,037.42 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 10/29/2004 | INVESTOR ADJ. | 90.26 | 11/2004 | 90.26<br>99,749.74 | .00 | .00<br>3,037.42 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 12/09/2004 | COUNTY TAX PMT | -2,482.39 | 11/2004 | .00<br>99,749.74 | .00 | -2,482.39<br>555.03 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 12/14/2004 | REGULAR PAYMENT | 912.58 | 12/2004 | 90.75<br>99,658.99 | 540.31 | 281.52<br>836.55 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 12/30/2004 | COUNTY TAX PMT | -432.80 | 12/2004 | .00<br>99,658.99 | .00 | -432.80<br>403.75 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 01/18/2005 | REGULAR PAYMENT | 912.58 | 01/2005 | 91.24<br>99,567.75 | 539.82 | 281.52<br>685.27 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 02/14/2005 | REGULAR PAYMENT | 912.58 | 02/2005 | 91.73<br>99,476.02 | 539.33 | 281.52<br>966.79 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 02/14/2005 | MISC. POSTING | .27 | 02/2005 | .27<br>99,475.75 | .00 | .00<br>966.79 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 03/14/2005 | REGULAR PAYMENT | 912.58 | 03/2005 | 92.23<br>99,383.52 | 539.83 | 281.52<br>1,248.31 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 04/13/2005 | REGULAR PAYMENT | 912.58 | 04/2005 | 92.73<br>99,290.79 | 538.33 | 281.52<br>1,529.83 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 05/16/2005 | REGULAR PAYMENT | 912.58 | 05/2005 | 93.23<br>99,197.56 | 537.83 | 281.52<br>1,811.35 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 06/16/2005 | REGULAR PAYMENT | 946.68 | 06/2005 | 93.74<br>99,103.82 | 537.32 | 315.62<br>2,126.97 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 07/15/2005 | REGULAR PAYMENT | 946.68 | 07/2005 | 94.25<br>99,009.57 | 536.81 | 315.62<br>2,442.59 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 08/08/2005 | HAZARD INS PMT | -533.15 | 07/2005 | .00<br>99,009.57 | .00 | -533.15<br>1,909.44 | .00 | .00 | .00<br>.00 | .00<br>.00 |

**Bank of America**
**Home Loans**

Account Number:
Statement Period: 10/2004 – 05/2009
Date Prepared: 05/15/2009

Property Address:
3090 WINECUP LANE
ROCKWALL, TX 75032

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/16/2005 | REGULAR PAYMENT | 946.68 | 08/2005 | 94.76 / 98,914.81 | 536.30 | 315.62 / 2,225.06 | .00 | .00 | .00 / .00 | .00 / .00 |
| 09/16/2005 | REGULAR PAYMENT | 946.68 | 09/2005 | 95.27 / 98,819.54 | 535.79 | 315.62 / 2,540.68 | .00 | .00 | .00 / .00 | .00 / .00 |
| 10/17/2005 | REGULAR PAYMENT | 946.68 | 10/2005 | 95.78 / 98,723.76 | 535.27 | 315.62 / 2,856.30 | .00 | .00 | .00 / .00 | .00 / .00 |
| 11/16/2005 | REGULAR PAYMENT | 946.68 | 11/2005 | 96.31 / 98,627.44 | 534.75 | 315.62 / 3,171.92 | .00 | .00 | .00 / .00 | .00 / .00 |
| 12/13/2005 | COUNTY TAX PMT | -432.80 | 11/2005 | .00 / 98,627.44 | .00 | -432.80 / 2,739.12 | .00 | .00 | .00 / .00 | .00 / .00 |
| 12/16/2005 | REGULAR PAYMENT | 946.68 | 12/2005 | 96.83 / 98,530.61 | 534.23 | 315.62 / 3,054.74 | .00 | .00 | .00 / .00 | .00 / .00 |
| 12/21/2005 | COUNTY TAX PMT | -2,775.37 | 12/2005 | .00 / 98,530.61 | .00 | -2,775.37 / 279.37 | .00 | .00 | .00 / .00 | .00 / .00 |
| 01/18/2006 | REGULAR PAYMENT | 946.68 | 01/2006 | 97.35 / 98,433.26 | 533.71 | 315.62 / 594.99 | .00 | .00 | .00 / .00 | .00 / .00 |
| 02/16/2006 | REGULAR PAYMENT | 946.68 | 02/2006 | 97.88 / 98,335.38 | 533.18 | 315.62 / 910.61 | .00 | .00 | .00 / .00 | .00 / .00 |
| 03/16/2006 | REGULAR PAYMENT | 946.68 | 03/2006 | 98.41 / 98,236.97 | 532.65 | 315.62 / 1,226.23 | .00 | .00 | .00 / .00 | .00 / .00 |
| 04/17/2006 | REGULAR PAYMENT | 946.68 | 04/2006 | 98.94 / 98,138.03 | 532.12 | 315.62 / 1,541.85 | .00 | .00 | .00 / .00 | .00 / .00 |
| 05/16/2006 | REGULAR PAYMENT | 946.68 | 05/2006 | 99.48 / 98,038.55 | 531.58 | 315.62 / 1,857.47 | .00 | .00 | .00 / .00 | .00 / .00 |
| 06/16/2006 | REGULAR PAYMENT | 969.71 | 06/2006 | 100.02 / 97,938.53 | 531.04 | 338.65 / 2,196.12 | .00 | .00 | .00 / .00 | .00 / .00 |
| 07/17/2006 | REGULAR PAYMENT | 969.71 | 07/2006 | 100.56 / 97,837.97 | 530.50 | 338.65 / 2,534.77 | .00 | .00 | .00 / .00 | .00 / .00 |

**Bank of America**
**Home Loans**

Account Number:
Statement Period: 10/2004 - 05/2009
Date Prepared: 05/15/2009

Property Address:
3090 WINECUP LANE
ROCKWALL, TX 75032

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/15/2006 | REGULAR PAYMENT | 969.71 | 08/2006 | 101.10 / 97,736.87 | 529.96 | 338.65 / 2,873.42 | .00 | .00 | .00 / .00 | .00 / .00 |
| 08/31/2006 | HAZARD INS PMT | -507.96 | 08/2006 | .00 / 97,736.87 | .00 | -507.96 / 2,365.46 | .00 | .00 | .00 / .00 | .00 / .00 |
| 09/15/2006 | REGULAR PAYMENT | 969.71 | 09/2006 | 101.65 / 97,635.22 | 529.41 | 338.65 / 2,704.11 | .00 | .00 | .00 / .00 | .00 / .00 |
| 10/16/2006 | REGULAR PAYMENT | 969.71 | 10/2006 | 102.20 / 97,533.02 | 528.86 | 338.65 / 3,042.76 | .00 | .00 | .00 / .00 | .00 / .00 |
| 11/16/2006 | REGULAR PAYMENT | 969.71 | 11/2006 | 102.76 / 97,430.26 | 528.30 | 338.65 / 3,381.41 | .00 | .00 | .00 / .00 | .00 / .00 |
| 12/15/2006 | REGULAR PAYMENT | 969.71 | 12/2006 | 103.31 / 97,326.95 | 527.75 | 338.65 / 3,720.06 | .00 | .00 | .00 / .00 | .00 / .00 |
| 12/15/2006 | COUNTY TAX PMT | -446.37 | 12/2006 | .00 / 97,326.95 | .00 | -446.37 / 3,273.69 | .00 | .00 | .00 / .00 | .00 / .00 |
| 12/21/2006 | COUNTY TAX PMT | -2,717.42 | 12/2006 | .00 / 97,326.95 | .00 | -2,717.42 / 556.27 | .00 | .00 | .00 / .00 | .00 / .00 |
| 01/31/2007 | REGULAR PAYMENT | 1,001.26 | 01/2007 | 103.87 / 97,223.08 | 527.19 | 338.65 / 894.92 | .00 | .00 | 31.55 / .00 | .00 / .00 |
| 02/28/2007 | REGULAR PAYMENT | 1,001.26 | 02/2007 | 104.43 / 97,118.65 | 526.63 | 338.65 / 1,233.57 | .00 | .00 | 31.55 / .00 | .00 / .00 |
| 03/30/2007 | REGULAR PAYMENT | 1,001.26 | 03/2007 | 105.00 / 97,013.65 | 526.06 | 338.65 / 1,572.22 | .00 | .00 | 31.55 / .00 | .00 / .00 |
| 04/30/2007 | REGULAR PAYMENT | 969.71 | 04/2007 | 105.57 / 96,908.08 | 525.49 | 338.65 / 1,910.87 | .00 | .00 | .00 / -31.55 | .00 / .00 |
| 05/04/2007 | OVERAGE REFUND | -110.12 | 04/2007 | .00 / 96,908.08 | .00 | -110.12 / 1,800.75 | .00 | .00 | .00 / -31.55 | .00 / .00 |
| 05/29/2007 | REGULAR PAYMENT | 969.71 | 05/2007 | 106.14 / 96,801.94 | 524.92 | 338.65 / 2,139.40 | .00 | .00 | .00 / -63.10 | .00 / .00 |

**Bank of America**

**Home Loans**

Account Number:
Statement Period: 10/2004 - 05/2009
Date Prepared: 05/15/2009

Property Address:
3090 WINECUP LANE
ROCKWALL, TX 75032

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2007 | REGULAR PAYMENT | 937.04 | 06/2007 | 106.72 / 96,695.22 | 524.34 | 305.98 / 2,445.38 | .00 | .00 | .00 / -94.65 | .00 / .00 |
| 07/31/2007 | REGULAR PAYMENT | 937.04 | 07/2007 | 107.29 / 96,587.93 | 523.77 | 305.98 / 2,751.36 | .00 | .00 | .00 / -126.20 | .00 / .00 |
| 08/31/2007 | REGULAR PAYMENT | 937.04 | 08/2007 | 107.88 / 96,480.05 | 523.18 | 305.98 / 3,057.34 | .00 | .00 | .00 / -157.75 | .00 / .00 |
| 09/17/2007 | HAZARD INS PMT | -510.91 | 08/2007 | .00 / 96,480.05 | .00 | -510.91 / 2,546.43 | .00 | .00 | .00 / -157.75 | .00 / .00 |
| 09/28/2007 | REGULAR PAYMENT | 937.04 | 09/2007 | 108.46 / 96,371.59 | 522.60 | 305.98 / 2,852.41 | .00 | .00 | .00 / -189.30 | .00 / .00 |
| 10/30/2007 | REGULAR PAYMENT | 937.04 | 10/2007 | 109.05 / 96,262.54 | 522.01 | 305.98 / 3,158.39 | .00 | .00 | .00 / -220.85 | .00 / .00 |
| 11/16/2007 | REGULAR PAYMENT | 937.04 | 11/2007 | 109.64 / 96,152.90 | 521.42 | 305.98 / 3,464.37 | .00 | .00 | .00 / -220.85 | .00 / .00 |
| 12/17/2007 | REGULAR PAYMENT | 937.04 | 12/2007 | 110.23 / 96,042.67 | 520.83 | 305.98 / 3,770.35 | .00 | .00 | .00 / -220.85 | .00 / .00 |
| 12/20/2007 | COUNTY TAX PMT | -2,526.43 | 12/2007 | .00 / 96,042.67 | .00 | -2,526.43 / 1,243.92 | .00 | .00 | .00 / -220.85 | .00 / .00 |
| 12/27/2007 | COUNTY TAX PMT | -451.95 | 12/2007 | .00 / 96,042.67 | .00 | -451.95 / 791.97 | .00 | .00 | .00 / -220.85 | .00 / .00 |
| 01/31/2008 | REGULAR PAYMENT | 937.04 | 01/2008 | 110.83 / 95,931.84 | 520.23 | 305.98 / 1,097.95 | .00 | .00 | .00 / -252.40 | .00 / .00 |
| 02/29/2008 | REGULAR PAYMENT | 937.04 | 02/2008 | 111.43 / 95,820.41 | 519.63 | 305.98 / 1,403.93 | .00 | .00 | .00 / -283.95 | .00 / .00 |
| 03/31/2008 | REGULAR PAYMENT | 937.04 | 03/2008 | 112.03 / 95,708.38 | 519.03 | 305.98 / 1,709.91 | .00 | .00 | .00 / -315.50 | .00 / .00 |
| 04/30/2008 | REGULAR PAYMENT | 937.04 | 04/2008 | 112.64 / 95,595.74 | 518.42 | 305.98 / 2,015.89 | .00 | .00 | .00 / -347.05 | .00 / .00 |

**Bank of America**
**Home Loans**

Account Number:
Statement Period: 10/2004 - 05/2009
Date Prepared: 05/15/2009

Property Address:
3090 WINECUP LANE
ROCKWALL, TX 75032

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/16/2008 | OVERAGE REFUND | -288.75 | 04/2008 | .00 / 95,595.74 | .00 | -288.75 / 1,727.14 | .00 | .00 | .00 / -347.05 | .00 / .00 |
| 05/30/2008 | REGULAR PAYMENT | 937.04 | 05/2008 | 113.25 / 95,482.49 | 517.81 | 305.98 / 2,033.12 | .00 | .00 | .00 / -378.60 | .00 / .00 |
| 06/16/2008 | REGULAR PAYMENT | 921.83 | 06/2008 | 113.86 / 95,368.63 | 517.20 | 290.77 / 2,323.89 | .00 | .00 | .00 / -378.60 | .00 / .00 |
| 07/31/2008 | REGULAR PAYMENT | 921.83 | 07/2008 | 114.48 / 95,254.15 | 516.58 | 290.77 / 2,614.66 | .00 | .00 | .00 / -410.15 | .00 / .00 |
| 08/29/2008 | REGULAR PAYMENT | 921.83 | 08/2008 | 115.10 / 95,139.05 | 515.96 | 290.77 / 2,905.43 | .00 | .00 | .00 / -441.70 | .00 / .00 |
| 09/02/2008 | HAZARD INS PMT | -451.11 | 08/2008 | .00 / 95,139.05 | .00 | -451.11 / 2,454.32 | .00 | .00 | .00 / -441.70 | .00 / .00 |
| 09/12/2008 | HAZARD INS PMT | -451.11 | 08/2008 | .00 / 95,139.05 | .00 | -451.11 / 2,003.21 | .00 | .00 | .00 / -441.70 | .00 / .00 |
| 09/17/2008 | HAZ INS CREDIT | 451.11 | 08/2008 | .00 / 95,139.05 | .00 | 451.11 / 2,454.32 | .00 | .00 | .00 / -441.70 | .00 / .00 |
| 10/31/2008 | REGULAR PAYMENT | 921.83 | 09/2008 | 115.72 / 95,023.33 | 515.34 | 290.77 / 2,745.09 | .00 | .00 | .00 / -473.25 | .00 / .00 |
| 11/28/2008 | REGULAR PAYMENT | 921.83 | 10/2008 | 116.35 / 94,906.98 | 514.71 | 290.77 / 3,035.86 | .00 | .00 | .00 / -504.80 | .00 / .00 |
| 12/19/2008 | COUNTY TAX PMT | -480.06 | 10/2008 | .00 / 94,906.98 | .00 | -480.06 / 2,555.76 | .00 | .00 | .00 / -504.80 | .00 / .00 |
| 12/19/2008 | COUNTY TAX PMT | -2,525.97 | 10/2008 | .00 / 94,906.98 | .00 | -2,525.97 / 29.81 | .00 | .00 | .00 / -504.80 | .00 / .00 |
| 12/31/2008 | REGULAR PAYMENT | 921.83 | 11/2008 | 116.98 / 94,790.00 | 514.08 | 290.77 / 320.58 | .00 | .00 | .00 / -536.35 | .00 / .00 |
| 02/02/2009 | REGULAR PAYMENT | 921.83 | 12/2008 | 117.61 / 94,672.39 | 513.45 | 290.77 / 611.35 | .00 | .00 | .00 / -567.90 | .00 / .00 |

**Bank of America**

**Home Loans**

Account Number:
Statement Period: 10/2004 - 05/2009
Date Prepared: 05/15/2009

Property Address:
3090 WINECUP LANE
ROCKWALL, TX 75032

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/10/2009 | REGULAR PAYMENT | 921.83 | 01/2009 | 118.25 94,554.14 | 512.81 | 290.77 902.12 | .00 | .00 | .00 -589.45 | .00 .00 |