

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed July 20, 2009

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 09-32123-HDH-7 |
| JEFFREY W. BALL | § | |
| HYOUN-MIE BALL | § | |
| | § | NO HEARING HAS BEEN SET |
| DEBTORS. | § | FOR THIS MOTION. |

### ORDER APPROVING EMPLOYMENT OF REAL ESTATE BROKER

On this date the Court considered the *Trustee's Application to Employ Real Estate Broker* ("Application") filed by Diane G. Reed, the Chapter 7 Trustee, wherein the Trustee seeks Court approval for the estate to employ Michael W. Evans, a licensed real estate broker, to sell the real property specifically identified and set forth in the Application. The Court, having considered the Application, and the representations, evidence and argument of counsel, is of the opinion and finds:

1. That this Court has jurisdiction of this matter, and that this is a core proceeding;

2. That the Application was filed in this case on June 24, 2009;

3. That the Application contained the notice of the hearing requirement (twenty-day negative notice language) in substantially the same form as is referenced in Local Bankruptcy Rule 9007.1(d);

4. That the Application was served the same date it was filed on the parties in interest;

5. That more than 20 days have elapsed since the Application was filed and served;

6. That no objection, no response and no request for a hearing have been timely filed or requested;

7. That Michael W. Evans appears to be a disinterested person and that the estate's employment of him to sell the real estate identified in the Application upon the terms and conditions set forth therein is in the best interests of the estate, the estate's creditors, and all parties-in-interest;

8. That the factors and legal requirements pertaining to the granting of the Application have been met;

9. That the Application should be granted and approved; and,

10. That the following orders should be entered. It is, therefore,

**ORDERED, ADJUDGED AND DECREED** that:

1. the Application is hereby Granted;

2. Diane G. Reed, Trustee, be, and hereby is, authorized to employ Michael W. Evans, a licensed real estate broker, for the estate to market and sell the real property of the estate set forth in the Application;

3. that the employment of Agent/Broker shall be upon the terms and conditions set forth in the Application; and

4. that the Trustee shall pay the Agent/Broker at closing as set forth in the Application without further Order of this Court.

# # # End of Order # # #

Prepared by:

**Diane G. Reed, Trustee**
**604 Water Street**
**Waxahachie, Texas 75165**
**972-938-7334; 972-923-0430 - FAX**
**dgrtrustee@bcylawyers.com**