

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed September 14, 2009

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JEFFREY E. BALL and | § | CASE NO. 09-32123-HDH-7 |
| HYOUN-MIE BALL, | § | |
| | § | |
| DEBTORS | § | |

**ORDER APPROVING THE EMPLOYMENT OF REED & ELMQUIST, P.C.
AS ATTORNEYS FOR THE CHAPTER 7 TRUSTEE**

The Court has considered the Application of Diane G. Reed, the Chapter 7 Trustee of the estate of Jeffrey E. and Hyoun-Mie Ball (the "Trustee"), seeking approval of the employment of the firm of Reed & Elmquist, P.C. ("R&E") as her counsel as more particularly set forth in the Application and Affidavit on file in this case. No notice of hearing on said Application need be given and no objections have been filed. The Trustee and R&E have represented to this Court that R&E holds or represents no interest adverse to the Debtors or their estate, that it is disinterested, and that its employment is in the best interest of the estate. It is therefore

**ORDERED** that the Trustee is authorized to employ R&E as counsel pursuant to 11 U.S.C. § 327(a), effective as of July 23, 2009, with all fees payable subject to interim and/or final application to and approval of this Court. It is further

**ORDERED** that R&E shall comply in all respects with N.D. TX L.B.R. 2016.1 and the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk Reference, including Appendix B thereof.

### END OF ORDER ###