

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed October 30, 2009

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-32123-HDH-7 |
| | § | |
| JEFFREY E. BALL and | § | |
| HYOUN-MIE BALL, | § | |
|     Debtor | § | CHAPTER 7 |
| | § | |
| BAC HOME LOANS SERVICING, LP | § | |
| FKA COUTNRYWIDE HOME | § | |
| LOANS SERVICING, LP AS | § | |
| SERVICING AGENT FOR THE BANK | § | |
| OF NEW YORK MELLON FKA | § | |
| THE BANK OF NEW YORK AS | § | |
| SUCCESSOR IN INTEREST TO | § | |
| JPMORGAN CHASE BANK, N.A. AS | § | |
| TRUSTEE FOR ABFC2004-FF1 | § | |
| ITS ASSIGNS AND/OR | § | |
| SUCCESSORS IN INTEREST, | § | |
|     Movant | § | HEARING DATE: 09/30/2009 |
| | § | |
| v. | § | TIME: 01:30 PM |
| | § | |
| JEFFREY E. BALL and | § | |
| HYOUN-MIE BALL; DIANE | § | |
| REED, Trustee | § | |
|     Respondents | § | JUDGE HARLIN D. HALE |

## AGREED ORDER MODIFYING AUTOMATIC STAY

On this day came on before the Court the Motion of BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, Movant, for Relief from the Automatic Stay.  The Court is advised the parties agree that the Chapter 7 Trustee shall have 30 days from the date of the entry of this Order in which to market and obtain a contract for the sale (the "Contract Period") of the following described property

> ADJUSTABLE RATE RIDER ATTACHED HERETO AND MADE A PART HEREOF
> 1-4 FAMILY RIDER ATTACHED HERETO AND MADE A PART HEREOF.
>
> PREPAYMENT RIDER ATTACHED HERETO AND MADE A PART HEREOF LOT 2, BLOCK W OF SECTION EIGHT, CAMELOT ADDITION, AN ADDITION TO THE CITY OF GARLAND, DALLAS COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 75165, PAGE 800, MAP RECORDS, DALLAS COUNTY, TEXAS.

(the "Property"), and up to additional 60 days from to close any such contract beyond the initial 30-day period (the "Sale Period").  In the event that the Trustee does not have a contract for the sale of the Property at the conclusion of the Contract Period, then the auotmatic stay shall terminate at the end of the Contract Period, and in the event the Trustee has a contract for the sale of the sale of the Property prior to the expiration of the Contract Period but ($x$) the sale contemplated by such contract fails to close by the end of the Sale Period  and ($y$) Movant has not been paid in full or in such other amount as the Movant may agree to accept before the expiration of the Sale Period, then the automatic stay shall terminate at the expiration of the Sale Period.

IT IS THEREFORE ORDERED that the Chapter 7 Trustee shall have the Contract Period in which to market and obtain a contract for the sale of the  Property.  In the event that the

Trustee does not have a contract for the sale of the Property at the conclusion of the Contract Period, then the auotmatic stay shall terminate at the end of the Contract Period, and in the event the Trustee has a contract for the sale of the sale of the Proeprty but (*x*) the sale contemplated by such contract fails to close by the end of the Sale Period and (*y*) Movant has not been paid in full or in such other amount as the Movant may agree to accept before the expiration of the Sale Period, then the automatic stay shall terminate at the expiration of the Sale Period.

IT IS FURTHER ORDERED that the provision of Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure is hereby waived and BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may immediately enforce and implement this Order

IT IS FURTHER ORDERED that the parties may extend the Contract Period or the Sale Period by stipulation without further notice, hearing, or other procedure in this Court.

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ PAUL KIM

| | |
|---|---|
| PAUL KIM | Jeff Carruth |
| TX NO. 24001182 | Reed & Elmqusit, P.C. |
| 15000 SURVEYOR BLVD. SUITE 100 | Attorneys for Diane Reed, Chapter 7 Trustee |
| ADDISON, TX 75001 | |
| Telephone: (972) 341-0500 | |
| Facsimile: (972) 341-0502 | |
| E-mail: NDECF@BBWCDF.COM | |
| ATTORNEY FOR MOVANT | |

Trustee does not have a contract for the sale of the Property at the conclusion of the Contract Period, then the automatic stay shall terminate at the end of the Contract Period, and in the event the Trustee has a contract for the sale of the sale of the Proeprty but (x) the sale contemplated by such contract fails to close by the end of the Sale Period and (y) Movant has not been paid in full or in such other amount as the Movant may agree to accept before the expiration of the Sale Period, then the automatic stay shall terminate at the expiration of the Sale Period.

IT IS FURTHER ORDERED that the provision of Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure is hereby waived and BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may immediately enforce and implement this Order

IT IS FURTHER ORDERED that the parties may extend the Contract Period or the Sale Period by stipulation without further notice, hearing, or other procedure in this Court.

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ PAUL KIM
———————————————
PAUL KIM
TX NO. 24001182
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 341-0502
E-mail: NDECF@BBWCDF.COM
ATTORNEY FOR MOVANT

———————————————
Jeff Carruth
Reed & Elmqusit, P.C.
Attorneys for Diane Reed, Chapter 7 Trustee